**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**


COMMONWEALTH OF PENNSYLVANIA, : No. 514 EAL 2014
:
           Respondent : Petition for Allowance of Appeal from the
: Order of the Superior Court
:
     v. :
:
:
:
BENDERICK STERNS, :
:
         Petitioner :


## ORDER


**PER CURIAM**

    **AND NOW**, this 4th day of February, 2015, the Petition for Allowance of Appeal

is **DENIED**.